**Richard Dwaine MELOS,
Petitioner–Appellant,**

v.

**COMMONWEALTH OF VIRGINIA,
Respondent–Appellee.**

**No. 01–6503.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Richard Dwaine Melos, pro se. Leah Ann Darron, Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Richard Dwaine Melos seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Melos v. Commonwealth of Virginia,* No. CA–00–482–7, 2001 WL 420375 (W.D.Va. Feb. 26, 2001). Melos' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*